RICHARD FITZPATRICK, Appellant, *v.* WILLIAM D. TWEDDLE, as Executor, etc., Respondent.

(Argued January 17, 1895; decided February 5, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made November 29, 1893, which dismissed plaintiff's exceptions and ordered judgment in favor of defendant to be entered upon an order dismissing the complaint on trial at Circuit.

_____

* Reported below, 73 Hun, 340.

*Michael J. Scanlan* for appellant.

*Louis Marshall* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.